IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY THOMPSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACKENHUT SERVICES, INC. )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 1:09-cv-1113-GBL/TRJ |

**DEFENDANT'S MOTION TO COMPEL, OVERRULE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DISCOVERY REQUESTS AND EXTEND DEFENDANT'S DISCOVERY RELATED DEADLINES**

COMES NOW the Defendant, Wackenhut Services, Incorporated, by counsel, and moves of the Court for the entry of an order compelling the Plaintiff, Gregory Thompson, to provide full and complete and more specific responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents, overruling all of Plaintiff's objections to Defendant's First Set of Interrogatories and First Requests for Production of Documents, and extending Defendant WSI's discovery deadlines, and as grounds therefor, incorporates the attached memorandum in support.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH

_____/s/_____
Donald C. Weinberg, Esq. (VSB No. 17378)
Darcy Cochran (VSB No. 76608)
1676 International Drive
Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2010, I will electronically file the foregoing Motion to Compel, Overrule Plaintiff's Objections to Defendant's Discovery Requests and to Extend Defendant's Discovery Related Deadlines with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Angela Hope France, Esq.
PCT Law Group, LLC
1725 Duke Street
Suite 240
Alexandria, VA 22314
Telephone: 703-881-9141
Facsimile: 703-972-9153
Co-counsel for Plaintiff
Email: afrance@pctlg.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Michael D.J. Eisenberg, Esq.
700 12th St. NW, Ste. 700
Washington, DC 20005
Telephone: 202-558-6371
Facsimile: 202-403-3430
Counsel for Plaintiff
Email: michael@eisenberg-lawoffice.com

                                                  /s/
Donald C. Weinberg (VSB No. 17378)
Darcy Cochran, Esq. (VSB No. 76608)
1676 International Drive - Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED