IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| GREGORY THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:09cv1113 |
| | ) | |
| WACKENHUT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that

time, it is

ORDERED that Plaintiff's Motion to Compel (no. 119) is GRANTED.

ENTERED this 11th day of June, 2010.

 

 

 

 

                                 /s/
                        Thomas Rawles Jones, Jr.
                        United States Magistrate Judge

Alexandria, Virginia