**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| GREGORY THOMPSON )<br>)<br>      Plaintiff,      )<br>)<br>v.                              )<br>)<br>WACKENHUT SERVICES, INC., et al. )<br>)<br>      Defendants.      )<br>_____) | **CASE NO. 1:09-cv-1113-GBL/TRJ** |

## **WITHDRAWAL OF MOTION**

COMES NOW the Defendant, Wackenhut Services, Incorporated, by counsel, and withdraws, without prejudice, its motion (no. 147) to hold Dr. Susan Riordan in contempt.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH

_____/s/_____
Donald C. Weinberg, Esq. (VSB No. 17378)
1676 International Drive
Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED

CERTIFICATE OF SERVICE

      I hereby certify that on the 29 day of June 2010, I will electronically file the foregoing Withdrawal of Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Angela Hope France, Esq.
PCT Law Group, LLC
1725 Duke Street
Suite 240
Alexandria, VA 22314
Telephone: 703-881-9141
Facsimile: 703-972-9153
Co-counsel for Plaintiff
Email: afrance@pctlg.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Michael D.J. Eisenberg
700 12th St. NW, Ste. 700
Washington, DC 20005
Telephone: 202-558-6371
Facsimile: 202-403-3430
Counsel for Plaintiff
Email: michael@eisenberg-lawoffice.com

                                _____/s/_____
                                Donald C. Weinberg (VSB No. 17378)
                                1676 International Drive
                                Penthouse
                                McLean, Virginia 22102
                                Telephone (703) 336-8800
                                Facsimile (703) 336-8750
                                E-mail: dweinberg@dglitigators.com
                                COUNSEL FOR DEFENDANT
                                WACKENHUT SERVICES, INCORPORATED