**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GREGORY THOMPSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACKENHUT SERVICES, INC. )<br>)<br>Defendant. )<br>_____) | **CASE NO. 1:09-cv-1113-GBL/TRJ** |

## **DEFENDANT'S MOTION FOR RULE 37 SANCTIONS**

COMES NOW the Defendant, Wackenhut Services, Incorporated, by counsel, and moves of the Court for the entry of an order prohibiting the Plaintiff from introducing any evidence at trial to support any claim for special damages, including but not limited to, any claims related to medical, hospital and related expenses incurred by Plaintiff as a result of the December 6, 2007 incident, and as grounds therefor, incorporates the attached memorandum in support.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH

_____/s/_____
Darcy Cochran (VSB No. 76608)
1676 International Drive
Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED

CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of August, 2010, I will electronically file the foregoing Motion for Rule 37 Sanctions with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Angela Hope France, Esq.
PCT Law Group, LLC
1725 Duke Street
Suite 240
Alexandria, VA 22314
Telephone: 703-881-9141
Facsimile: 703-972-9153
Co-counsel for Plaintiff
Email: afrance@pctlg.com

And I hereby certify that on August 9, 2010, I will mail the document by U.S. mail to the following non-filing user:

Michael D.J. Eisenberg, Esq.
700 12th St. NW, Ste. 700
Washington, DC 20005
Telephone: 202-558-6371
Facsimile: 202-403-3430
Counsel for Plaintiff
Email: michael@eisenberg-lawoffice.com

                                                /s/
                                  Darcy Cochran, Esq. (VSB No. 76608)
                                  1676 International Drive - Penthouse
                                  McLean, Virginia 22102
                                  Telephone (703) 336-8800
                                  Facsimile (703) 336-8750
                                  E-mail: dweinberg@dglitigators.com
                                  COUNSEL FOR DEFENDANT
                                  WACKENHUT SERVICES, INCORPORATED