RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AUG 10 2010

2010 AUG -6 P 4:30

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| GREGORY THOMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-1113 |
| ) | GBL/TRJ |
| WACKENHUT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT ORDER**

UPON CONSIDERATION of the Parties June 11, 2010 appearance, their representation that they have been unsuccessful in their prior efforts to obtain Plaintiff's complete personnel file from Defense Information Systems Agency (aka "DISA"), and their dialogue with the Court at that time, it is hereby

ORDERED that the motion to compel the production of Plaintiff's complete personnel file from DISA is granted and further, that DISA, by the close of business on August 23, 2010, produce a complete copy of Mr. Gregory Thompson's human resource file (SS #xxx-xx-1312, DOB: xx/xx/59, location 701 S. Courthouse Road, Arlington, VA 22204) to the Attorney for the Plaintiff, Michael Eisenberg, 700 12th Street, NW, Suite 700, Washington, DC 20005. The aforementioned counsel will upon receipt of the file, email and mail a complete copy of the file to WSI's Defense Counsel.

A copy of this Order will be sent to the following:

Yiris Cornwal
Assistant United States Attorney
United States Attorneys' Office
Justin Williams U.S. Attorneys' Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703.299.3766
Fax: 703.299.3983
Email: yiris.cornwall@usdoj.gov

Laurie Kwiedorowicz
Office of General Counsel, DISA
701 South Courthouse Road
Arlington, VA 22204
Tel: 703.607.6091
Fax: 703.607.4344
Email: laurie.kwiedorowicz@disa.mil

Entered this day 10th of August, 2010.

/s/Thomas Rawles Jones, Jr.
--------------------------------
Thomas Rawles Jones, Jr.
United States Magistrate Judge

*Michael Eisenberg by AHF w/ permission*

Michael D.J. Eisenberg
700 12th Street, NW
Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3430
michael@eisenberg-lawoffice.com
Counsel Pro Hac Vice
for Plaintiff Gregory Thompson

*Angela H France*

Angela France, Esq., VSB #46862
PCT Law Group, PLLC
1725 Duke Street
Suite 240
Alexandria, Virginia 22314
O: (703) 881-9141
F: (703) 972-9153
afrance@pctlg.com
Co-Counsel for Plaintiff
Gregory Thompson

*Darcy Cochran by AHF w/ permission and per attached copy of signed Consent Order*

Donald C. Weinburg, Esq., VSB #17378
Darcy A. Cochran, Esq., VSB # 76608
Dombroff & Gilmore Jaques & French, PC
1676 International Drive - Penthouse
McLean, Virginia 22102
Telephone: 703.336.8800
Fax: 703.336.8750
Email: Dweinberg@dglitigators.com
       Dcochran@dglitigators.com
Counsel for Defendant Wackenhut Services, Inc.

Michael D.J. Eisenberg
700 12th Street, NW
Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3430
michael@eisenberg-lawoffice.com
Counsel Pro Hac Vice
for Plaintiff Gregory Thompson


Angela France, Esq., VSB #46862
PCT Law Group, PLLC
1725 Duke Street
Suite 240
Alexandria, Virginia 22314
O: (703) 881-9141
F: (703) 972-9153
afrance@pctlg.com
Co-Counsel for Plaintiff
Gregory Thompson


Donald C. Weinburg, Esq., VSB #17378
Darcy A. Cochran, Esq., VSB # 76608
Dombroff & Gilmore Jaques & French, PC
1676 International Drive - Penthouse
McLean, Virginia 22102
Telephone:  703.336.8800
Fax:  703.336.8750
Email:  Dweinberg@dglitigators.com
         Dcochran@dglitigators.com
Counsel for Defendant Wackenhut Services, Inc.