RECEIVED

AUG 10 2010

2010 AUG 6 P 4: 29

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY THOMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:09-cv-1113-GBL/TRJ |
| ) | |
| WACKENHUT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

UPON CONSIDERATION of the parties' joint request to postpone the confidential mediation/settlement conference and extend certain of Defendant's discovery deadlines, it is hereby

ORDERED that the confidential mediation/settlement conference be continued to _September 14_, 2010 at _1:30 pm_; and it is further

ORDERED that following the August 25, 2010 rescheduled independent medical examination with Dr. Francis Fishburne, Defendant is extended 15 days for Dr. Fishburne to submit his expert report and for Defendant to supplement its expert disclosures based on the same, including submission of supplemental reports by Defendant's other experts; and it is further

ORDERED that following the rescheduled deposition of Plaintiff, which date has not yet been set, Defendant is extended 15 days to supplement its expert reports based on the rescheduled deposition, but not later than September 15, 2010; it is further

ORDERED that following the rescheduled independent medical examination with Dr. Abend, which took place on August 4, 2010, Defendant's discovery cut-off is

extended by 20 days, following the independent medical examination, as to any new/additional discovery that may arise as a result of the examination; it is further

ORDERED that following the rescheduled independent medical examination with Dr. Fishburne on August 25, 2010, Defendant's discovery cut-off is extended by 20 days as to any new/additional discovery that may arise as a result of the examination; it is further

ORDERED that following the rescheduled deposition of Plaintiff, which date has not yet been set, Defendant's discovery cut-off is extended by 20 days, but not later than September 15, 2010, as to any new/additional discovery that may arise as a result of the deposition; and it is further

ORDERED that the foregoing is without prejudice to the Defendant to otherwise seek leave to initiate new discovery requests.

Entered this __10th__ day of __August__, 2010.

/s/Thomas Rawles Jones, Jr.
_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

SEEN AND AGREED:

LAW OFFICES OF MICHAEL D.J. EISENBERG

__Michael Eisenberg by AHF w/ permission__
Michael D.J. Eisenberg, Esq. (admitted pro hac vice)
700 12th Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 558-6371
Facsimile (202) 403-3430

Email: michael@eisenberg-lawoffice.com
Counsel Pro Hac Vice for Plaintiff Gregory Thompson

PCT LAW GROUP, LLC

_/s/ Angela France_
Angela France, Esq.
PCT Law Group, LLC
1725 Duke Street
Suite 240
Alexandria, VA 22314
Telephone: 703-881-9141
Facsimile: 703-972-9153
Co-counsel for Plaintiff
Email: afrance@pctlg.com
Sponsor for Michael D.J. Eisenberg's pro hac vice status

DOMBROFF GILMORE JAQUES & FRENCH P.C.

_/s/ D. Cock_    Darcy Cochran by AHF w/ permission
Donald C. Weinberg, Esq. (VSB #17378)
Darcy Cochran, Esq. (VSB No. 76608)
DOMBROFF GILMORE JAQUES & FRENCH, P.C.
1676 International Drive – Penthouse
McLean, VA 22102
Phone: (703) 336-8717
Facsimile: (703) 336-8750
Email: dcochran@dglitigators.com
Counsel for Defendant Wackenhut Services Incorporated