IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | | |
|---|---|---|
| **Gregory Thompson,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09cv1113 (GBL/TRJ) |
| | ) | |
| **Wackenhut Services, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Pending before the court is defendant's motion for sanctions (no. 174), which is currently noticed for Friday, August 20, 2010. In the interest of efficient case management and at the request of the parties, defendant's motion shall be moved to Tuesday, August 24, 2010, at 10:00 a.m.

It is so ORDERED.

ENTERED this 18th day of August, 2010.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

August 18, 2010
Alexandria, Virginia