```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division


                                       )
GREGORY THOMPSON,                      )
                                       )
             Plaintiff,                )   Civil No. 09-1113
                                       )
      VS.                              )   June 16, 2010
                                       )
THE WAKENHUT CORPORATION               )
                                       )
             Defendant.                )
                                       )




                       REPORTER'S TRANSCRIPT

                    PRETRIAL CONFERENCE HEARING



  BEFORE:     THE HONORABLE GERALD BRUCE LEE
              UNITED STATES DISTRICT JUDGE


  APPEARANCES:

   FOR THE PLAINTIFF: PTC LAW GROUP
                     BY: ANGELA FRANCE, ESQ.
                     LAW OFFICE OF MICHAEL EISENBERG
                     BY: MICHAEL EISENBERG, ESQ.
   FOR THE DEFENDANT: DOMBROFF & GILMORE
                     BY: DONALD C. WEINBERG, ESQ.


                              ---



  OFFICIAL COURT REPORTER: RENECIA A. SMITH-WILSON, RMR
                          U.S. District Court
                          401 Courthouse Square
                          Alexandria, VA  22314
                          (703)501-1580
```

```
10:27:13   1              THE CLERK:  1:09 civil 1113, Gregory
10:27:17   2   Thompson versus Wakenhut.
10:27:21   3              MR. WEINBERG:  Good morning, Your Honor.
10:27:21   4              THE COURT:  Come on up to the podium.
10:27:24   5              I normally would do these in chambers, but
10:27:26   6   I'm doing my docket now in the courtroom so everybody
10:27:28   7   come to the podium and introduce yourself and do it in
10:27:31   8   the courtroom now.
10:27:32   9              Thank you.
10:27:32  10              MR. WEINBERG:  Good morning, Judge.  Donald
10:27:34  11   Weinberg for the defendant, Wakenhut Services,
10:27:37  12   Incorporated.
10:27:38  13              THE COURT:  Good morning.
10:27:38  14              MS. FRANCE:  Good morning, Judge.  Angela
10:27:40  15   France and Michael Eisenberg for the plaintiff, Gregory
10:27:44  16   Thompson.
10:27:45  17              THE COURT:  Good morning.
10:27:50  18              The first question I ask at final pretrial
10:27:53  19   conference is how much time do you all need for trial?
10:27:55  20   How many days for the whole case?
10:28:03  21              MR. WEINBERG:  We believe three to four,
10:28:07  22   Judge.
10:28:07  23              THE COURT:  All right, August 23.
10:28:12  24              MR. WEINBERG:  Beg your pardon, Judge.
10:28:13  25              THE COURT:  August 23.
```

| | | |
|---|---|---|
| 10:28:16 | 1 | MR. WEINBERG: For? |
| 10:28:18 | 2 | THE COURT: For trial. |
| 10:28:20 | 3 | MR. WEINBERG: Sir, yesterday, the Court |
| 10:28:24 | 4 | issued an order indicating that the trial would be set |
| 10:28:28 | 5 | in September. |
| 10:28:29 | 6 | THE COURT: Okay. All right, well let me |
| 10:28:31 | 7 | set a date in September then. |
| 10:28:33 | 8 | MR. WEINBERG: May we have a sidebar at the |
| 10:28:35 | 9 | bench for a brief moment as to a personal issue, Judge. |
| 10:28:38 | 10 | THE COURT: Okay. |
| 10:28:39 | 11 | (Side-bar conference under seal not |
| 10:29:15 | 12 | transcribed) |
| 10:29:15 | 13 | THE COURT: October 4th? |
| 10:30:44 | 14 | MS. FRANCE: That's fine, Your Honor. |
| 10:30:45 | 15 | THE COURT: All right. We'll set the case |
| 10:30:47 | 16 | for trial on October 4th with a jury for four days. |
| 10:30:54 | 17 | Will there be any dispositive motions filed |
| 10:30:57 | 18 | in the case? |
| 10:30:58 | 19 | MR. WEINBERG: The defendant does expect to |
| 10:31:01 | 20 | file such motions, Your Honor. |
| 10:31:02 | 21 | THE COURT: All right. Can we pick a date |
| 10:31:04 | 22 | now for hearing on them? I'm concerned about your |
| 10:31:27 | 23 | scheduling issue. Tell me when it could all be briefed |
| 10:31:30 | 24 | meaning everything submitted to me and we'll pick a date |
| 10:31:34 | 25 | right now. If that means moving it back a couple of |

```
10:31:39   1   weeks, I can do that, too.
10:31:40   2              MR. WEINBERG:  Well, is the Court
10:31:42   3   comfortable doing this sometime the second week of
10:31:44   4   September?  Is that too late, too early?
10:31:48   5              THE COURT:  No, I could do the second week
10:31:50   6   of September.  I was concerned about religious holidays.
10:31:54   7   Rosh Hashanah -- it ends on the 9th, but the hearing
10:31:57   8   would be on the 10th.
10:31:59   9              MR. WEINBERG:  It would be my preference if
10:32:01  10   the Court pleases to do dispositive motions by the 24th
10:32:05  11   of September --
10:32:07  12              THE COURT:  Okay.
10:32:07  13              MR. WEINBERG:  -- which will give me the
10:32:09  14   opportunity to work around --
10:32:10  15              THE COURT:  I'm going to be away.  So, that
10:32:13  16   will be -- I mean, I could do it on the papers, but I
10:32:16  17   think -- why don't we do this.  Why don't we move the
10:32:19  18   trial to the 18th so that you're not -- I'm worried
10:32:21  19   about your health situation if you're going to try the
10:32:24  20   case.
10:32:24  21              MR. WEINBERG:  The 18th is fine.
10:32:26  22              THE COURT:  For the trial, make the trial on
10:32:28  23   the 18th of October.
10:32:29  24              MR. WEINBERG:  That's fine.
10:32:29  25              THE COURT:  Does that work for the --
```

```
10:32:32   1              MR. EISENBERG:  Yes, Your Honor.
10:32:32   2              THE COURT:  Trial on October 18th for four
10:32:34   3    days.
10:32:34   4              MR. WEINBERG:  I would just -- my apologies
10:32:36   5    for what I'm about to say.  I leave the country October
10:32:39   6    31st.
10:32:42   7              THE COURT:  You leave on October 31st?
10:32:43   8              MR. WEINBERG:  Yes, sir, so --
10:32:43   9              THE COURT:  If we start on the 18th, I
10:32:46  10    promise you you'll be done well before then.  The jury
10:32:48  11    will have a verdict.  You'll be in the Court of Appeals
10:32:50  12    before October 31st.
10:32:52  13              MR. WEINBERG:  Judge, in the interest of
10:32:53  14    full disclosure, I just wanted to make sure the Court is
10:32:56  15    aware.
10:32:56  16              THE COURT:  No, that's fine.  You ought to
10:32:58  17    have somebody there with you if you have to leave.  I
10:33:00  18    think we will be done.  You said for four days total,
10:33:03  19    right?
10:33:03  20              MR. WEINBERG:  Yes, sir.  We think that
10:33:04  21    should do it.
10:33:05  22              THE COURT:  All right.  Well, that's all
10:33:05  23    you're going to get is four.
10:33:06  24              MR. WEINBERG:  Thank you, Judge Lee.
10:33:08  25              THE COURT:  So then the hearing on the
```

```
10:33:09   1   summary judgment why don't we do that on the 8th?  Does
10:33:14   2   that work?
10:33:15   3              MR. EISENBERG:  Apologize, Your Honor, which
10:33:17   4   month?
10:33:18   5              THE COURT:  October 8th or we could do it --
10:33:20   6   yeah, October 8th.
10:33:21   7              MR. WEINBERG:  That's fine.
10:33:23   8              MR. EISENBERG:  That's fine, Your Honor.
10:33:24   9              THE COURT:  All right.  You all prepare an
10:33:26  10   order for the summary judgment saying that it will be
10:33:29  11   heard on October 8th and give me a schedule that you all
10:33:32  12   agree to about the filing of briefs.
10:33:34  13              All the briefs including reply briefs are to
10:33:38  14   be filed and available to me well in advance of the
10:33:43  15   hearing on October 8th meaning I want to have everything
10:33:58  16   by the 27 of September, if possible, meaning get
10:34:03  17   everything to me by the 27th.  Give me time to read it
10:34:07  18   all.
10:34:07  19              MR. WEINBERG:  So you want the motions, the
10:34:09  20   rebuttal and replies by then, sir?
10:34:12  21              THE COURT:  Yes, by the 27th.
10:34:12  22              MR. WEINBERG:  Yes, sir.
10:34:13  23              THE COURT:  Two courtesy copies to be filed
10:34:15  24   with chambers.
10:34:16  25              What magistrate judge is deciding this case?
```

```
10:34:18   1   Do you all know?
10:34:19   2              MR. WEINBERG:  Magistrate Judge Jones.
10:34:20   3              THE COURT:  All right.  Have you all met
10:34:22   4   with Judge Jones for mediation?
10:34:24   5              MR. WEINBERG:  No, sir.  We have had a
10:34:25   6   number of appearances before His Honor.
10:34:27   7              THE COURT:  All right.  I'm going to
10:34:28   8   recommend that you all have a mediation conference with
10:34:30   9   him.  Bring your clients.  I'll let you all set that up.
10:34:33  10              And his chambers is on the third floor.  Why
10:34:35  11   don't you stop there now and get a date certain for
10:34:37  12   mediation conference.
10:34:38  13              MR. WEINBERG:  You want us to do that on the
10:34:40  14   way down?
10:34:41  15              THE COURT:  Yes, you all are here.  Okay.
10:34:43  16              MS. FRANCE:  Yes, Your Honor.
10:34:44  17              THE COURT:  Thank you very much.
10:34:45  18              MR. WEINBERG:  Thank you.
10:34:45  19              THE COURT:  Thank you.
10:34:46  20              MR. WEINBERG:  Thank you for the Court's
10:34:47  21   understanding.
10:34:48  22              THE COURT:  No problem at all.
10:34:49  23              MR. WEINBERG:  And my appreciation --
10:34:51  24              THE COURT:  No need to.
10:34:52  25              MR. WEINBERG:  My appreciation to Court and
```

| | | |
|---|---|---|
| 10:34:53 | 1 | counsel. |
| 10:34:54 | 2 | THE COURT: You're welcome. |
| 10:34:55 | 3 | MS. FRANCE: Your Honor, just one issue. |
| 10:34:56 | 4 | Typically we do bring exhibit, witness list with us |
| 10:34:59 | 5 | today.  Both parties have filed motions to extend that |
| 10:35:02 | 6 | date for -- |
| 10:35:03 | 7 | THE COURT: That time is extended because I |
| 10:35:04 | 8 | think we have reasons to extend it.  No problem. |
| 10:35:06 | 9 | MS. FRANCE: Thank you, Your Honor. |
| 10:35:07 | 10 | THE COURT: Thank you.  We're in recess. |
| 10:36:15 | 11 | (Proceedings concluded at 10:36 a.m.) |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1                CERTIFICATE OF REPORTER

 2

 3              I, Renecia Wilson, an official court

 4   reporter for the United State District Court of

 5   Virginia, Alexandria Division, do hereby certify that I

 6   reported by machine shorthand, in my official capacity,

 7   the proceedings had upon the pretrial conference in the

 8   case of Gregory Thompson vs. Wakenhut Corporation.

 9              I further certify that I was authorized and

10   did report by stenotype the proceedings and evidence in

11   said pretrial conference, and that the foregoing pages,

12   numbered 1 to 8, inclusive, constitute the official

13   transcript of said proceedings as taken from my

14   shorthand notes.

15              IN WITNESS WHEREOF, I have hereto

16   subscribed my name this 24th day of September, 2010.

17

18                                           /s/
                                   _____
                                   Renecia Wilson, RMR, CRR
19                                 Official Court Reporter

20

21

22

23

24

25
```

RENECIA A. SMITH-WILSON, RMR, CRR