**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| GREGORY THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:09-cv-1113-GBL/TRJ** |
| | ) | |
| WACKENHUT SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT WACKENHUT SERVICES, INC.'S CONFIDENTIAL
MEMORANDUM IN SUPPORT OF ITS
<u>MOTION TO FILE UNDER SEAL</u>**

In further support of Defendant Wackenhut Services, Inc.'s Motion to File Under

Seal, and in accordance with Local Civil Rule 5, please see the following documents,

which are attached hereto:  (1) WSI's Objection to Magistrate Judge's Order and Motion

to Reconsider; and (2) Exhibits A and D appended to its Objection to Magistrate Judge's

Order and Motion to Reconsider.

WACKENHUT SERVICES, INCORPORATED
By: Counsel

DOMBROFF GILMORE JAQUES & FRENCH

_____/s/_____
Donald C. Weinberg, Esq. (VSB No. 17378)
Darcy Cochran, Esq. (VSB No. 76608)
1676 International Drive
Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2010, I provided a copy of the foregoing via electronic mail and First Class Mail to the following:

Angela H. France, Esq. (VSB No. 46862)
PCT Law Group, PLLC
1725 Duke Street, Suite 240
Alexandria, Virginia  22314

Michael D.J. Eisenberg
700 12th St. NW, Ste. 700
Washington, DC 20005


Counsel for Plaintiff


_____/s/_____
Donald C. Weinberg (VSB No. 17378)
Darcy Cochran (VSB No. 76608)
1676 International Drive, Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED