# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY THOMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO. 1:09-cv-1113-(GBL/TRJ)** |
| ) | |
| WACKENHUT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 12, 2010, at 10:00 AM or as soon thereafter as counsel may be heard, the undersigned will argue its Omnibus Motion in Limine.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH

_____/s/_____
Donald C. Weinberg, Esq. (VSB No. 17378)
Darcy A. Cochran, Esq. (VSB No. 76608)
1676 International Drive
Penthouse
McLean, Virginia 22102
Telephone (703) 336-8800
Facsimile (703) 336-8750
E-mail: dweinberg@dglitigators.com
COUNSEL FOR DEFENDANT
WACKENHUT SERVICES, INCORPORATED

CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of October, 2010, I will electronically file the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Angela H. France, Esq., VSB #46862
PCT Law Group, PLLC
1725 Duke Street
Suite 240
Alexandria, VA 22314
Telephone: 703-881-9141
Facsimile: 703-972-9153
Co-Counsel for Plaintiff
Email: afrance@pctlg.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Michael D.J. Eisenberg, Esq.
700 12th St. NW, Ste. 700
Washington, DC 20005
Telephone: 202-558-6371
Facsimile: 202-403-3430
Counsel for Plaintiff
Email: michael@eisenberg-lawoffice.com

                                                /s/
                                Donald C. Weinberg, Esq. (VSB No. 17378)
                                Darcy A. Cochran, Esq. (VSB No. 76608)
                                1676 International Drive - Penthouse
                                McLean, Virginia 22102
                                Telephone (703) 336-8800
                                Facsimile (703) 336-8750
                                E-mail: dweinberg@dglitigators.com
                                COUNSEL FOR DEFENDANT
                                WACKENHUT SERVICES, INCORPORATED