IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY THOMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:09-cv-1113-GBL/TRJ |
| ) | |
| WACKENHUT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

### CONSENT ORDER

UPON CONSIDERATION of the parties' joint motion to extend the October 25, 2010 date by which all paperwork necessary to close the case is to be filed with the Court, upon the representation of counsel of the existence of Medicare-related issues that must be addressed and which are beyond their control and cannot be resolved by that date, it is hereby

ORDERED, that the said motion is granted, and the parties may submit the aforesaid paperwork needed to close the case by ___November 5___, 2010.

Entered this __28th__ day of __October__, 2010.

/s/ _JMB for Judge Lee_
Leonie M. Brinkema
**United States District Judge**

SEEN AND AGREED:

LAW OFFICES OF MICHAEL D.J. EISENBERG

*Michael D.J. Eisenberg by AHF w/ permission*
_____
Michael D.J. Eisenberg, Esq. (admitted pro hac vice)
700 12th Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 558-6371
Facsimile (202) 403-3430
Email: michael@eisenberg-lawoffice.com
Counsel Pro Hac Vice for Plaintiff Gregory Thompson


PCT LAW GROUP, LLC

*Angela France*
_____
Angela France, Esq.
PCT Law Group, LLC
1725 Duke Street
Suite 240
Alexandria, VA 22314
Telephone: 703-881-9141
Facsimile: 703-972-9153
Co-counsel for Plaintiff
Email: afrance@pctlg.com
Sponsor for Michael D.J. Eisenberg's pro hac vice status


DOMBROFF GILMORE JAQUES & FRENCH P.C.

*Donald C. Weinberg by AHF w/ permission*
_____
Donald C. Weinberg, Esq. (VSB #17378)
Darcy Cochran, Esq. (VSB No. 76608)
DOMBROFF GILMORE JAQUES & FRENCH, P.C.
1676 International Drive – Penthouse
McLean, VA 22102
Phone: (703) 336-8717
Facsimile: (703) 336-8750
Email: dcochran@dglitigators.com
Counsel for Defendant Wackenhut Services Incorporated