IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GREGORY THOMPSON ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:09-cv-1113 |
| ) | GBL/TRJ |
| WACKENHUT SERVICES, INC. ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

The Court shall please take notice that the parties in this matter have entered into a Settlement Agreement to resolve all claims in this litigation. The parties will file a Stipulation of Dismissal with Prejudice dismissing the claims in this case in accordance with the provisions set forth in the Settlement Agreement.

Respectfully Submitted,

/s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
700 12th Street, NW
Suite 700
Washington, DC 20005
O: (202) 558-6371
F: (202) 403-3430
michael@eisenberg-lawoffice.com
Counsel Pro Hac Vice
for Plaintiff Gregory Thompson

/s/ Angela H. France
Angela France, Esq., VSB #46862
PCT Law Group, PLLC
1725 Duke Street
Suite 240
Alexandria, Virginia 22314
O: (703) 881-9141
F: (703) 972-9153
afrance@pctlg.com
Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Donald C. Weinburg, Esq.
>Darcy A. Cochran, Esq.
>Dombroff & Gilmore Jaques & French
>1676 International Drive
>Penthouse
>McLean, Virginia 22102
>*Counsel for Defendant*

                    /s/
Angela H. France, Esq., VSB #46862
PCT Law Group, PLLC
1725 Duke Street
Suite 240
Alexandria, Virginia 22314
(703) 881-9141
(703) 972-9153 (fax)
afrance@pctlg.com